# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 18-1844-JVS(DFMx) | Date | March 8, 2019 |
| Title | Guy Farion v Edward D. Jones and Co, LP, et al | | |

Present: The Honorable    James V. Selna

| Lisa M Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

Not Present      Not Present

**Proceedings:**    (In Chambers)    ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The Court, on its own motion, hereby ORDERS plaintiff(s) to Show Cause (OSC) in writing no later than **March 22, 2019**, why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

__X__ Proof of service of summons and first amended complaint

Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 90 days after the filing of the complaint. Fed. R. Civ. P. 4(m) The Court may dismiss the action prior to the expiration of such time, however, if plaintiff(s) has/have not diligently prosecuted the action.

**It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently,** including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1.

On February 15, 2019, counsel for plaintiff filed a reply to the Order to Show Cause dated January 29, 2019 asking the Court to allow "my office until the close of business on **December 21, 2018**" to respond to the Court's Order to Show Cause dated 1/29/19. No additional documents have been filed with the Court since that 2/15/19 declaration.

         :   00

Initials of Preparer    lmb