# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 18-01844JVS(DFMx) | Date | September 30, 2019 |
| Title | Guy Fairon v Edward D Jones & Co, LP, et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs: Not Present

Attorneys Present for Defendants: Not Present

**Proceedings:** (In Chambers) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The Court sets an Order to Show Cause why sanctions should not be imposed and/or the case dismissed for lack of prosecution or the answer stricken for failure to file a **Joint** Rule 26(f) Report (not unilateral reports). Counsel shall respond in writing by October 7, 2019.

**The Court ORDERS the Scheduling Conference CONTINUED to October 21, 2019 at 10:00 a.m. The Scheduling Conference set for October 1, 2019 at 8:00 a.m. is ordered VACATED.**

: 00

Initials of Preparer lmb